```
                UNITED STATES DISTRICT COURT FOR
                THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| Kelsie Schaller<br>        Plaintiff,<br>    vs.<br>Verizon Wireless Services, LLC,<br>TransUnion, LLC, and Experian<br>Information Solutions, Inc.<br>        Defendant(s) | Case No.: 2:21-cv-02238-WBS-DMC |

**ORDER**

Upon consideration of Defendant's Notice of Settlement In Principle and Motion To Vacate All Deadlines for Verizon Wireless Services, LLC and the entire record herein, it is **HEREBY ORDERED** that upon Defendant's Notice of Settlement In Principle the parties shall have up to and include **February 21, 2022**, to file a Stipulated Dismissal; and it is

**FURTHER ORDERED** that all deadlines for Verizon Wireless Services, LLC in the above-captioned case is and are hereby **VACTED**; and it is

**FURTHER ORDERED** that the Scheduling Conference currently set for **Monday, April 11, 2022 at 1:30 p.m.** shall remain as currently set and shall be automatically vacated upon the parties' filing of the stipulated dismissal.

IT IS SO ORDERED.

Dated:   January 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE