UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelsie Schaller<br>        Plaintiff,<br>    vs.<br>Verizon Wireless Services, LLC,<br>TransUnion, LLC, and Experian<br>Information Solutions, Inc.<br>        Defendant(s) | Case No.: 2:21-cv-02238-WBS-DMC |

**ORDER**

Upon consideration of Defendant's Notice of Settlement In Principle and Motion To Vacate All Deadlines for Experian Information Solutions, Inc. and the entire record herein, it is

**ORDERED** that Defendant's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby **GRANTED**; and it is

**ORDERED** that the parties have up to and including **April 25, 2022**, to file a Stipulated Dismissal, or a joint status report if settlement has not been finalized by that date; and it is

**FURTHER ORDERED** that the Scheduling Conference is continued to **May 9, 2022 at 1:30 p.m.**, to be automatically vacated upon the court's receipt of the parties' stipulated dismissal.

IT SO ORDERED.

Dated:  March 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE